In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees under the Last Will and Testament of JOHN C. SIEMER, Deceased.— Motion for enlargement of time granted upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; that the thirty dollars costs heretofore allowed be paid within five days from service of a copy of the order herein, and that the executors individually pay an additional ten dollars as costs of this motion within the same time; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees under the Last Will and Testament of JOHN C. SIEMER, Deceased, Appellants. IRENE A. SIEMER, General Guardian of DOROTHY SIEMER, an Infant, Respondent.— Motion to dismiss appeal denied upon appellants' compliance with the conditions imposed in the decision of *Matter of Siemer* (*ante*, p. 767), decided herewith; otherwise,

motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.